UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT THE RUNWAY, INC.,<br><br>Defendant. | ECF CASE<br><br>No.: 1:19-cv-00452-JGK |

### NOTICE OF DISMISSAL

Defendant having not served an answer or motion for summary judgment, Plaintiff Brian Fischler, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 23(e), hereby dismisses this action without prejudice. Each party shall bear its own costs, attorney's fees, and other fees.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: January 30, 2019
New York, New York

LIPSKY LOWE LLP

*THE CLERK IS DIRECTED TO CLOSE THIS CASE.*

*SO ORDERED,*

*[signature]*
*2/25/19.   USDJ*

 s/ Christopher H. Lowe
Christopher H. Lowe
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-26-19